# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>TIFFANY ANNE BICKNASE,<br><br>Defendant. | Case No.: 20-CR-1782-CAB<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Indictment (Dkt. No. 13) is hereby GRANTED. The Indictment (Dkt. No. 6) is DISMISSED and therefore, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 8/22/2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge